IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-434-D

| | |
|---|---|
| NEFTALI RIVERA NIEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| JOHN McHUGH, Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |

For good cause having been shown upon the motion of Defendant for an extension of time in which to respond to Plaintiff's complaint, it is hereby

ORDERED that Defendant have up to and including November 10, 2014, in which to answer or otherwise respond to Plaintiff's complaint. It is further

ORDERED that the United States Attorney's Office may disclose to its client agency copies of the exhibits to Plaintiff's complaint that are filed under seal, and any documents hereinafter filed by Plaintiff in this case that are sealed by the Court.

This **28** day of October, 2014.

_____
JAMES C. DEVER III
Chief United States District Court Judge